IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 3333 ALPHARETTA LIFEHOPE 10 ACRE LAND, LLC, | ) ) | Case No. 22-57594-LRC |
| | ) | |
| Debtor. | ) | |

**APPENDIX OF LOAN AND SECURITY DOCUMENTS AND RELATED DOCUMENTS FILED BY CAPITAL ONE, NATIONAL ASSOCIATION**

This Appendix is filed by CAPITAL ONE, NATIONAL ASSOCIATION ("Capital One") in conjunction with the *Limited Objection To Debtor's Emergency Motion For Entry Of An Interim Order Authorizing Use Of Cash Collateral* (the "Limited Objection").[1] As indicated in the Limited Objection, this Appendix contains certain of the Loan Documents (including, among other things, security documents and UCC financing statements) and certain related documents. Capital One reserves the right to amend or otherwise supplement this Appendix.

## TABLE OF CONTENTS

| Exhibit | Document |
|---|---|
| 1. | |
| A. | Ground Lease dated as of August 31, 2017 between 3333 Old Milton Alpharetta LLC, as lessor, and 3333 Lifehope 10 Acre Land, LLC, as lessee |
| B. | Loan Agreement dated as of August 30, 2019 |
| C. | Promissory Note dated as of August 30, 2019 |
| D. | Deed to Secure Debt, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of August 30, 2019 |
| E. | UCC-1 Financing Statement filed with the Clerk of Superior Court, Fulton County, Georgia on September 3, 2019 at UCC Initial Filing No: 0602019-06857 |
| F. | Amendment and Forbearance Agreement as of April 29, 2022 |

---

[1] Unless stated otherwise herein, terms defined in the Limited Objection will have the same meanings when used in this Appendix.

QB\75994996.1

| Exhibit | Document |
|---|---|
| F. | Notice of Default from Ground Lessor dated December 8, 2021 |
| G. | Notice Under Loan Agreement from Capital One to Debtor dated January 11, 2022 |
| | Notice of Event of Default and Demand to Perform; Reservation of Rights from Capital One to Debtor dated January 11, 2022 |
| | Notice of Default and Reservation of Rights from Capital One to Debtor dated January 25, 2022 |
| | Additional Notice of Default and Reservation of Rights from Capital One to Debtor dated February 14, 2022 |
| | Demand for Access from Capital One to Debtor dated March 23, 2022 |
| | Additional Notice of Default and Reservation of Rights from Capital One to Debtor dated March 23, 2022 |
| | Demand for Reimbursement of Additional Sums Expended by Administrative Agent from Capital One to Debtor dated March 25, 2022 |
| H. | Notice Letter from Capital One to Debtor re: Forbearance Defaults and Additional Defaults Under Loan Agreement dated June 15, 2022 |
| I. | Agreement Regarding Forbearance Defaults and Related Matters as of July 21, 2022 |
| J. | Letter from Capital One to Debtor dated August 4, 2022 |
| K. | Formal Notice Regarding Additional Forbearance Defaults and Additional Defaults under Loan Agreement from Capital One to Debtor dated August 11, 2022 |
| L. | Formal Notice Declaring Entire Loan To Be Immediately Due And Payable from Capital One to Debtor dated August 16, 2022 |
| 2. | Late Rent Notification from Ground Lessor to Debtor dated December 8, 2021 |
| 3. | Late Rent Notification – 2nd Notice from Ground Lessor to Debtor dated January 4, 2022 |
| 4. | Notice of Default from Ground Lessor to Debtor dated September 13, 2022 |

Respectfully submitted this 27th day of September, 2022

QUARLES & BRADY LLP
John A. Harris (pro hac vice to be filed)
Arizona Bar No. 014459
john.harris@quarles.com
Robert P. Harris (pro hac vice to be filed)
Arizona Bar No. 011523
robert.harris@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200

- 2 -

QB\75994996.1

-and-

*/s/ Walter E. Jones*
Walter E. Jones
Georgia Bar No. 163287
wjones@balch.com
Patrick Silloway
Georgia Bar No. 971966
psilloway@balch.com
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
ATTORNEYS FOR CAPITAL ONE, NATIONAL ASSOCIATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he personally caused to be served a true copy of the *Appendix of Loan and Security Documents and Related Documents Filed By Capital One, National Association* on September 27, 2022 (i) on all parties receiving service through the Court's CM/ECF system in the above-captioned case, by filing the same through the CM/ECF system, and/or via first class, U.S. Mail, postage prepaid, as indicated below:

**VIA CM/ECF**:
Will B. Geer
*Counsel for the Debtor*

Jonathan S. Adams
*Counsel for the U.S. Trustee*

**VIA U.S. Mail**
3333 Alpharetta Lifehope 10 Acre Land, LLC
11680 Great Oaks Way
Suite 120
Alpharetta, GA 30022
*Debtor*

/s/ *Walter E. Jones*
Walter E. Jones
Georgia Bar No. 163287
wjones@balch.com
Patrick Silloway
Georgia Bar No. 971966
psilloway@balch.com
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

-and –

QUARLES & BRADY LLP
John A. Harris (pro hac vice to be filed)
Arizona Bar No. 014459
john.harris@quarles.com
Robert P. Harris (pro hac vice to be filed)
Arizona Bar No. 011523
robert.harris@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200

ATTORNEYS FOR CAPITAL ONE, N.A.

- 4 -

QB\75994996.1