**IT IS ORDERED as set forth below:**

**Date: October 19, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBER** |
| | : | |
| 3333 ALPHARETTA LIFEHOPE 10 ACRE LAND, LLC, | : | 22-57594-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER

The Court having read the Application of <u>John A. Harris</u> ("Applicant") for admission to practice *pro hac vice* on behalf of Capital One, National Association in the above-styled case, and it appearing that Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

**ORDERED** that the Application is **GRANTED**.

**END OF DOCUMENT**

**Distribution List**

Elizabeth Ann Childers
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Rd.
Atlanta, GA 30329

Will B. Geer
Rountree, Leitman, Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

John A. Harris
Quarles & Brady, LLP
Renaissance One, Suite 600
Two North Central Avenue
Phoenix, AZ 85004-2391

Walter E. Jones
Balch & Bingham, LLP
Suite 700
30 Ivan Allen Jr. Blvd, NW
Atlanta, GA 30308

Jonathan S. Adams
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303