**Fill in this information to identify the case:**

Debtor name _____3333 Alpharetta Lifehope 10 Acre Land, LLC_____

United States Bankruptcy Court for the: ____Northern District of Georgia____

(State)

Case number (If known): _____22-57594_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................................ $ __56,000,000.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .............................................................. $ __41,523.34__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................ $ __56,041,523.34__

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................... $ __29,116,408.03__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................ $ __0.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................... +$ __3,468,414.61__

4. **Total liabilities** ................................................................................
Lines 2 + 3a + 3b                                                                    $ __32,584,822.64__

**Fill in this information to identify the case:**

Debtor    3333 Alpharetta Lifehope 10 Acre Land, LLC

United States Bankruptcy Court for the:    Northern District of Georgia

Case number    22-57594
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA, 30303-0000

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8   )

As of the petition filing date, the claim is:    $ 0.00        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100

Atlanta, GA, 30345

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8   )

As of the petition filing date, the claim is:    $ 0.00        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA, 19101-7346

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8   )

As of the petition filing date, the claim is:    $ 0.00        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  5365 Alpharetta Enterprise To Acre Land, LLC                         Case number (if known)  22-57594
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address
A and S Lock and Safe
c/o SUZETTE L. DAVIS
440-A CANTON ROAD
Canton, GA, 30040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 305.25

Date or dates debt was incurred    01/26/2017

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Brightside IT Solutions
2410 Satellite Blvd Suite F
Buford, GA, 30518

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 4,626.25

Date or dates debt was incurred    06/03/2020

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Brucker HVAC, LLC
5247 LOCKWOOD LANE
c/o CARL R. BRUCKER
Powder Springs, GA, 30127

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 6,740.00

Date or dates debt was incurred    09/11/2019

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Chief Electric, LLC - Station 5
2500 Daniell's Bridge Road, Building 200,
Suite 3A, c/o Scott Lowry
Athens, GA, 30606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 525.00

Date or dates debt was incurred    02/14/2022

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Chief Fire Protection Company, Inc.
2500 Daniell's Bridge Road, Building 200,
Suite 3A, c/o Scott Lowry
Athens, GA, 30606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 1,008.00

Date or dates debt was incurred    06/05/2022

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Dogwood Facilities Services LLC
c/o Scott Traywick
1216 Weeping Willow
Woodstock, GA, 30188-4650

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 8,928.38

Date or dates debt was incurred    01/11/2017

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    5305 Alpharetta Hwy Hope To Acre Land, LLC
Name

Case number *(if known)*  22-57594

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7 Nonpriority creditor's name and mailing address**

Dormakaba USA, Inc.
c/o Corporation Service Company
2 SUN COURT, SUITE 400
Norcross, GA, 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 206.59

Date or dates debt was incurred    07/30/2021

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8 Nonpriority creditor's name and mailing address**

Ecolab, Inc.
c/o CT Corporation System
289 S. Culver St.
Lawrenceville, GA, 30046-4805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 429.69

Date or dates debt was incurred    02/04/2020

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9 Nonpriority creditor's name and mailing address**

Exmoor LLC
c/o Michael Nation
184 Richaven Place
Dallas, GA, 30132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,300.00

Date or dates debt was incurred    11/11/2021

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10 Nonpriority creditor's name and mailing address**

First Link, LLC
c/o Frank Cho
1490 Belmont Hills Dr
Suwanee, GA, 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 600.00

Date or dates debt was incurred    06/22/2022

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11 Nonpriority creditor's name and mailing address**

Genesis Elevator Company, Inc.
3400 Blue Springs Road NW
Suite 110
Kennesaw, GA, 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 60,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _3335 Alpharetta EllenHope FB Acre Land, LLC_____    Case number (if known) _22-57594_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Honan Preferred Equity
3330 Preston Ridge Road
Suite 380
Alpharetta, GA, 30005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,694,308.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Honan Property Management
3330 Preston Ridge Road
Suite 380
Alpharetta, GA, 30005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 677,748.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Integra Realty Resources
c/o Matthew Albigese
5256 Peachtree Rd., Suite 115
Atlanta, GA, 30341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 500.00

Date or dates debt was incurred __05/17/2021__

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Lanier Extermination Service, Inc.
c/o Gary Hickman
5905 Steeplechase Blvd, Ste 800
Cumming, GA, 30040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 200.00

Date or dates debt was incurred __02/28/2015__

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Lynne Klein
110 Viewpoint Dr. E

Boerne, TX, 78006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 114.05

Date or dates debt was incurred __11/11/2020__

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  3305 Alpharetta Drivehope To Acre Land, LLC                     Case number *(if known)* 22-57594
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.17** Nonpriority creditor's name and mailing address

McCain Power Solutions, LLC
c/o United States Corporation Agents, Inc.
1420 Southlake Plaza Dr.
Morrow, GA, 30260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred   08/04/2021

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 325.00

---

**3.18** Nonpriority creditor's name and mailing address

Pepper's Backflow Services
2944 Seagull Drive

Duluth, GA, 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred   07/09/2021

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 150.00

---

**3.19** Nonpriority creditor's name and mailing address

Serv'All Plumbing & Rooter Services
4400 Pecan Ln SE

Acworth, GA, 30102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred   02/03/2020

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,526.00

---

**3.20** Nonpriority creditor's name and mailing address

Southern Inspection Group Inc.
c/o John Gillespie
2210 ATHENS HWY
Elberton, GA, 30635

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred   05/15/2022

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 570.00

---

**3.21** Nonpriority creditor's name and mailing address

Superior Water Services Inc
c/o Robert J Gsegner
1236 Channel Park
Marietta, GA, 30065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred   12/31/2010

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 882.70

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 5 of 8

Debtor    9365 Alpharetta Ellenhope To Acre Land, LLC    Case number *(if known)*    22-57594
_____    Name    _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 22  **Nonpriority creditor's name and mailing address**

TefftNet, Inc. / IMPAK
9575 Katy Freeway, Suite 360

Houston, TX, 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 391.40

**Date or dates debt was incurred**    01/10/2015

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23  **Nonpriority creditor's name and mailing address**

United Fire Protection, Inc
c/o National Registered Agents, Inc.
289 S. Culver Street
Lawrenceville, GA, 30046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,030.00

**Date or dates debt was incurred**    03/08/2022

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  9955 Alpharetta Lifehope 19 Acre Land, LLC          Case number *(if known)*  22-57594
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** Department of Justice, Tax Division<br>Civil Trial Section, Southern Region<br>P. O. Box 14198, Ben Franklin Station<br>Washington, DC, 20044 | Line 2.3<br>☐ Not listed. Explain: | _____ |
| **4.2.** Internal Revenue Service<br>401 W. Peachtree Street, N.W. Stop 334-D<br>Atlanta, GA, 30308 | Line 2.3<br>☐ Not listed. Explain | _____ |
| **4.3.** United States Attorney<br>600 Russell B. Russell Building<br>75 Ted Turner Drive, S.W<br>Atlanta, GA, 30303 | Line 2.3<br>☐ Not listed. Explain | _____ |
| **4.4.** United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC, 20530 | Line 2.3<br>☐ Not listed. Explain | _____ |
| **41.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.5.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.6.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.7.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.8.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.9.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.10.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.11.** | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____ Case number (if known) ___22-57594___
   Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 3,468,414.61 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,468,414.61 |

**Fill in this information to identify the case:**

Debtor name ___3333 Alpharetta Lifehope 10 Acre Land, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): __22-57594__         Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Ground Lease Lessee | Safehold, Inc. c/o Corporation Service Company 2 SUN COURT, SUITE 400 Norcross, GA, 30092 |
| | State the term remaining | 91 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Property Management Contract | Honan Property Management 3330 Preston Ridge Road Suite 380 Alpharetta, GA, 30005 |
| | State the term remaining | 200 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G              Schedule G: Executory Contracts and Unexpired Leases              page 1 of __1__

**Fill in this information to identify the case:**

Debtor name: 3333 Alpharetta Lifehope 10 Acre Land, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 22-57594

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 01/01/2022 MM / DD / YYYY | to | Filing date | ☐ Operating a business ☐ Other | $ 2,490,009.23 |
| **For prior year:** | From | 01/01/2021 MM / DD / YYYY | to | 12/31/2021 MM / DD / YYYY | ☐ Operating a business ☐ Other | $ 3,641,319.62 |
| **For the year before that:** | From | 01/01/2022 MM / DD / YYYY | to | 12/31/2022 MM / DD / YYYY | ☐ Operating a business ☐ Other | $ 3,470,692.97 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From | MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From | MM / DD / YYYY | to | MM / DD / YYYY | | $ |

Debtor    3333 Alpharetta Lifehope 10 Acre Land, LLC
_____    Case number (if known)___22-57594_____
      Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Georgia Power Company<br>Creditor's name<br>96 Annex<br>Atlanta, GA 30396 | | $ 10,606.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Curepoint, LLC<br>Creditor's name<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | | $ 24,942.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached<br>Insider's name<br><br>Relationship to debtor | _____<br>_____<br>_____ | $_____ | |
| 4.2. | Insider's name<br><br>Relationship to debtor | _____<br>_____<br>_____ | $_____ | |

| Debtor | 3333 Alpharetta Lifehope 10 Acre Land, LLC | Case number *(if known)* | 22-57594 |
|---|---|---|---|
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |
| | | Last 4 digits of account number: XXXX– _____ | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Genesis Elevator Company, Inc. v. Pencor, LLC, 3333 Old Milton Alpharetta, LLC, and 3333 Alpharetta Lifehope 10 Acre, LLC | Collections | Fulton County Superior Court Georgia | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 2021CV353024 | | 160 Pryor Street<br>Atlanta, GA 30303 | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

---

Debtor  3333 Alpharetta Lifehope 10 Acre Land, LLC
_____
Name

Case number *(if known)* 22-57594
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor  3333 Alpharetta Lifehope 10 Acre Land, LLC _____  Case number *(if known)* 22-57594
        Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree, Leitman, Klein & Geer, LLC | Retainer & Filing fee | 09/2022 | $ 25,000.00 |
| | **Address** | | | |
| | 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 | | | |
| | **Email or website address** www.rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** _____ | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **5**

Debtor   3333 Alpharetta Lifehope 10 Acre Land, LLC                          Case number *(if known)* 22-57594
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 3330 Preston Ridge Road, Suite 380<br>Alpharetta, GA 30005 | From | 08/01/2016 | To  05/01/2022 |
| 14.2. | | From | _____ | To  _____ |

Debtor    3333 Alpharetta Lifehope 10 Acre Land, LLC
_____    Case number *(if known)* 22-57594
Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

    Has the plan been terminated?

    ☐ No
    ☐ Yes

---

Debtor    3333 Alpharetta Lifehope 10 Acre Land, LLC
_____
Name

Case number *(if known)* 22-57594
_____

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | 3333 Alpharetta Lifehope 10 Acre Land, LLC | Case number *(if known)* 22-57594 |
|---|---|---|
| | Name | |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

Debtor    3333 Alpharetta Lifehope 10 Acre Land, LLC         Case number (*if known*) 22-57594
     Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

| Debtor | 3333 Alpharetta Lifehope 10 Acre Land, LLC | Case number *(if known)* | 22-57594 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Honan Property Management <br> Name <br> 11680 great Oaks Way Suite 120, Atlanta, GA 30022 | From 01/01/2018 <br><br> To 09/23/2022 |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Frzaier & Deeter, LLC <br> Name <br> 1230 Peachtree Street, NE | From 01/01/2020 <br><br> To 09/23/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** <br> Name | From _____ <br><br> To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.** <br> Name | From _____ <br><br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** <br> Name | |

---

Debtor  3333 Alpharetta Lifehope 10 Acre Land, LLC
_____
Name

Case number *(if known)* 22-57594

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Capital One<br>_____<br>Name<br>c/o Corporation Service Company 100 Shockoe Slip Fl 2, Richmond, VA 23219 |

| Name and address |
|---|
| 26d.2. Safehold, Inc.<br>_____<br>Name<br>c/o Corporation Service Company, 2 SUN COURT, SUITE 400, Norcross, GA 30092 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | 3333 Alpharetta Lifehope 10 Acre Land, LLC | Case number *(if known)* 22-57594 |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
| Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 3333 Alpharetta Lifehope MOB 1 JV, LLC | 11680 Great Oaks Way, Suite 120, Alpharetta, GA 30022 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor    3333 Alpharetta Lifehope 10 Acre Land, LLC
_____    Case number *(if known)* 22-57594
Name

---

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ | | |
| | Name | | |
| | | | |
| | | | |
| | Relationship to debtor | | |
| | _____ | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/21/2022
MM  / DD  / YYYY

✘ /s/ Scott C Honan                                    Printed name  Scott C Honan
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Designated Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor Name   3333 Alpharetta Lifehope 10 Acre Land, LLC

Case number *(if known)*  22-57594

## <u>Continuation Sheet for Official Form 207</u>

**3) Certain payments or transfers to creditors within 90 days before filing this case**

**Genesis Elevator Company,   $10,000.00
  Inc., 3400 Blue Springs
Road NW Suite 110,
Kennesaw, GA 30144**

**SOFA 4 Attachment**

| Date | From Account | Amount | Recipient | Description |
|---|---|---|---|---|
| 1/31/2022 | 3155 | 70,000.00 | Honan Preferred Equity | Conduit transfer through related entity |
| 3/10/2022 | 7829 | 50,000.00 | Honan Preferred Equity | Catching Point Tenant |
| 3/14/2022 | 7829 | 7,000.00 | Sound Management Services LLC | Mgmt Eng Personnel Cost |
| 3/23/2022 | 7829 | 40,000.00 | Honan Preferred Equity | Cleaning & Payroll |
| 5/10/2022 | 7829 | 15,000.00 | Honan Preferred Equity | Remodeling Pharmacy for new tenant |
| 5/11/2022 | 7829 | 5,000.00 | SIS Management | Mgmt Eng Personnel Cost |
| 5/12/2022 | 7829 | 50,000.00 | Honan Human Resources Payroll | Credit for same amount on 05/13- conduit transfer |
| 5/13/2022 | 7829 | 5,000.00 | Sound Management Services LLC | Mgmt Eng Personnel Cost |
| 5/13/2022 | 7829 | 17,000.00 | Honan Property Management | Property Management Cost |
| 5/27/2022 | 7829 | 17,000.00 | Cornerstone RHAL LLC | Remodeling Pharmacy for new tenant |
| 6/6/2022 | 7829 | 10,000.00 | Sound Management Services LLC | Medical Services Imaging Certification |
| 6/6/2022 | 7829 | 9,000.00 | RICHMOND HONAN PROPERTY MANAGE | Conduit to pay Medical Services Imaging Certification costs |
| 6/6/2022 | 7829 | 23,000.00 | RICHMOND HONAN DEVELOPMENT AND | Conduit to pay Medical Services Imaging Certification costs |
| 7/1/2022 | 7829 | 5,700.00 | Cornerstone RHAL LLC | Medical Services Imaging Certifications and costs |
| 7/8/2022 | 7829 | 80,000.00 | RICHMOND HONAN DEVELOPMENT AND | Paid Ground Lease from entity |
| 8/5/2022 | 7829 | 43,000.00 | FPC MOBI Tenant Partners, LLC | Medical Services Trinias Certifications and costs |
| 8/19/2022 | 7829 | 10,000.00 | Honan Preferred Equity | Property Management Cost |
| 8/26/2022 | 7829 | 10,000.00 | RICHMOND HONAN PROPERTY MANAGE | Property Management Cost |

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___3333 Alpharetta Lifehope 10 Acre Land, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): ___22-57594___

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/21/2022___        ✖ /s/ Scott C Honan
MM / DD / YYYY                   _____
                                 Signature of individual signing on behalf of debtor

                                 Scott C Honan
                                 _____
                                 Printed name

                                 Designated Manager
                                 _____
                                 Position or relationship to debtor