# 3333 Alpharetta Lifehope 10 Acre Land LLC

## Balance Sheet (With Period Change)

Period = Sept 23 2022- Sept 30, 2022

Book = Accrual ; Tree = ysi_bs

| | Balance Current Period | Beginning Balance | Net Change |
|---|---|---|---|
| **ASSETS** | | | |
| **BUILDING** | | | |
| Building | 14,414,648.19 | 14,414,648.19 | 0.00 |
| Parking Deck | 2,675,622.38 | 2,675,622.38 | 0.00 |
| 754 STEP UP - BUILDING | 2,291,000.00 | 2,291,000.00 | 0.00 |
| **TOTAL BUILDING** | **19,381,270.57** | **19,381,270.57** | **0.00** |
| **TENANT IMPROVEMENTS** | | | |
| Tenant Improvements | 9,611,469.00 | 9,611,469.00 | 0.00 |
| **TOTAL TENANT IMPROVEMENTS** | **9,611,469.00** | **9,611,469.00** | **0.00** |
| **ACCUMULATED DEPRECIATION** | | | |
| Accum Depr Building | -1,611,554.00 | -1,611,554.00 | 0.00 |
| Accum Depr Tenant Improv | -510,769.00 | -510,769.00 | 0.00 |
| Accumulated Deprec - 754 Building | -54,205.00 | -54,205.00 | 0.00 |
| **TOTAL ACCUMULATED DEPRECIATION** | **-2,176,528.00** | **-2,176,528.00** | **0.00** |
| Capitalized Project Cost | 906,652.18 | 906,652.18 | 0.00 |
| Draws | 7,000.00 | 7,000.00 | 0.00 |
| TOTAL CAPITALIZED PROJECT COST | 913,652.18 | 913,652.18 | 0.00 |
| **CASH** | | | |
| Cash Operating | 9,001.75 | 9,001.75 | 0.00 |
| Cash - Capital One Bank | 1,360.01 | 1,360.01 | 0.00 |
| Cash - Operating 2 | 520.00 | 520.00 | 0.00 |
| **TOTAL CASH** | **10,881.76** | **10,881.76** | **0.00** |
| **RESTRICTED CASH** | | | |
| Escrow Taxes and Insurance | 66,050.37 | 66,050.37 | 0.00 |
| Escrow Capital Impr Reserve | 648,134.55 | 648,134.55 | 0.00 |
| **TOTAL RESTRICTED CASH** | **714,184.92** | **714,184.92** | **0.00** |
| **TENANT RECEIVABLES** | | | |
| A R Base Rent | 386,115.69 | 386,115.69 | 0.00 |
| **TOTAL TENANT RECEIVABLES** | **386,115.69** | **386,115.69** | **0.00** |
| **INTANGIBLE ASSETS** | | | |
| Loan Costs | 1,045,484.20 | 1,045,484.20 | 0.00 |
| **TOTAL INTANGIBLE ASSETS** | **1,045,484.20** | **1,045,484.20** | **0.00** |
| **ACCUM AMORT FINANCING COST** | | | |
| Accum Amort Loan Costs | -442,993.92 | -442,993.92 | 0.00 |
| **TOTAL ACCUM AMORT FINANCING COST** | **-442,993.92** | **-442,993.92** | **0.00** |
| **OTHER INTANGIBLE COST** | | | |
| Leasing Cost Intangible | 1,617,321.41 | 1,617,321.41 | 0.00 |
| **TOTAL OTHER INTANGIBLE COST** | **1,617,321.41** | **1,617,321.41** | **0.00** |
| **ACCUM AMORT OTHER INTANGIBLES** | | | |
| Accum Amort Leasing Cost Intangible | -437,604.00 | -437,604.00 | 0.00 |
| **TOTAL ACCUM AMORT OTHER INTANGIBLES** | **-437,604.00** | **-437,604.00** | **0.00** |
| **PREPAID EXPENSES** | | | |
| Prepaid Insurance | -9,908.00 | -9,908.00 | 0.00 |
| **TOTAL PREPAID EXPENSES** | **-9,908.00** | **-9,908.00** | **0.00** |
| **TOTAL ASSETS** | **30,613,345.81** | **30,613,345.81** | **0.00** |
| **LIABILITIES AND CAPITAL** | | | |
| LIABILITIES | | | |
| **NOTES PAYABLE** | | | |
| Note Payable - Capital One | 29,116,408.03 | 29,116,408.03 | 0.00 |
| **TOTAL NOTES PAYABLE** | **29,116,408.03** | **29,116,408.03** | **0.00** |

3333 Alpharetta Lifehope 10 Acre Land LLC

**Balance Sheet (With Period Change)**

Period = Sept 23 2022- Sept 30, 2022

Book = Accrual ; Tree = ysi_bs

| | Balance | Beginning | Net |
|---|---|---|---|
| | **Current Period** | **Balance** | **Change** |
| **NP AP AFFILIATED PARTIES** | | | |
| HPE - Note Payable Affiliate | 2,639,404.49 | 2,639,404.49 | 0.00 |
| **TOTAL NP AP AFFILIATED PARTIES** | **2,639,404.49** | **2,639,404.49** | **0.00** |
| **ACCOUNTS PAYABLE** | | | |
| Prepetition Accounts Payable Vendors | 96,358.31 | 96,358.31 | 0.00 |
| Postpetition Accounts Payables | 19,451.71 | 0.00 | 19,451.71 |
| **TOTAL ACCOUNTS PAYABLE** | **115,810.02** | **96,358.31** | **19,451.71** |
| **ACCRUED LIABILITIES** | | | |
| Accrued Property Taxes | 92,673.57 | 92,673.57 | 0.00 |
| Due to From HPM | 677,748.26 | 677,748.26 | 0.00 |
| Accrued Ground Rent | 85,480.05 | 85,480.05 | 0.00 |
| **TOTAL ACCRUED LIABILITIES** | **855,901.88** | **855,901.88** | **0.00** |
| **TOTAL LIABILITIES** | **32,727,524.42** | **32,708,072.71** | **19,451.71** |
| **CAPITAL** | | | |
| **Initial Capital** | | | |
| Capital Contributions Scott Honan | 1,223,950.00 | 1,223,950.00 | 0.00 |
| 754 Step Up Capital | 2,291,000.00 | 2,291,000.00 | 0.00 |
| Current YTD Net Income (Loss) | -5,629,128.61 | -5,609,676.90 | -19,451.71 |
| **TOTAL CAPITAL** | **-2,114,178.61** | **-2,094,726.90** | **-19,451.71** |
| **TOTAL LIABILITIES AND CAPITAL** | **30,613,345.81** | **30,613,345.81** | **0.00** |

# 3333 Alpharetta Lifehope 10 Acre Land LLC

**Income Statement**

Period = Sept 24, 2022- Sept 30, 2022

Book = Accrual ; Tree = ysi_is

| | TOTAL |
|---|---|
| **REVENUES** | |
| **RENTAL REVENUE** | |
| Aient Management Company, LLC | - |
| Pain & Spine Physicians Surgery Center, LLC | - |
| Pain Physicians of Atlanta | - |
| The Center for Advanced Medicine, LLC | - |
| The Graivier Center P.C. | - |
| The Graivier Center P.C. | - |
| The Graivier Center P.C. | - |
| Sonali Bora Enterprises | - |
| Alpharetta Medical Associates PC | - |
| Revue Pharmacy | - |
| **TOTAL RENTAL REVENUE** | **0.00** |
| **TOTAL REVENUES** | **0.00** |
| **RECOVERABLE OPERATING EXPENSE** | |
| **CLEANING** | |
| Janitorial Supplies | 0.00 |
| Trash Removal | 0.00 |
| **TOTAL CLEANING** | **0.00** |
| **REPAIRS AND MAINT** | |
| Mgmt Eng Personnel Cost | 0.00 |
| Elevator Contract | 0.00 |
| Elevator Repair and Maint | 0.00 |
| HVAC Contract | 0.00 |
| HVAC Repairs and Maint | 176.54 |
| Pest Control | 0.00 |
| Building Specialties | 0.00 |
| Electrical | 0.00 |
| Life Safety Equipment | 0.00 |
| **TOTAL REPAIRS AND MAINT** | **176.54** |
| **UTILITIES** | |
| Electricity | 17,710.17 |
| Water and Sewer | 0.00 |
| **TOTAL UTILITIES** | **17,710.17** |
| **SECURITY** | |
| Monitoring | 0.00 |
| **TOTAL SECURITY** | **0.00** |
| **ROADS AND GROUNDS** | |
| Exterior Landscape Contract | 1,565.00 |
| **TOTAL ROADS AND GROUNDS** | **1,565.00** |
| **ADMINISTRATIVE COSTS** | |
| Telephone/ AT&T | 0.00 |
| Logix Communications | 0.00 |
| **TOTAL ADMINISTRATIVE COSTS** | **0.00** |
| **MANAGEMENT FEES** | |
| Property Management Fees | 0.00 |
| **TOTAL MANAGEMENT FEES** | **0.00** |

# 3333 Alpharetta Lifehope 10 Acre Land LLC

**Income Statement**

Period = Sept 24, 2022- Sept 30, 2022

Book = Accrual ; Tree = ysi_is

| | TOTAL |
|---|---|
| **PROPERTY TAXES** | |
| Real Estate Taxes | 0.00 |
| **TOTAL PROPERTY TAXES** | **0.00** |
| **INSURANCE** | |
| Building Insurance | 0.00 |
| **TOTAL INSURANCE** | **0.00** |
| **TOTAL RECOVERABLE OPERATING EXPENSE** | **19,451.71** |
| **OPERATING GROUND LEASE** | |
| Ground/Air Lease | 0.00 |
| **TOTAL OPERATING GROUND LEASE** | **0.00** |
| **NET OPERATING INCOME** | **-19,451.71** |
| **CORPORATE G AND A EXPENSES** | |
| **CORP G AND A MISC** | |
| Bank Service and Fees | 0.00 |
| Asset Mgmt Fees | 0.00 |
| Legal Fees | 0.00 |
| **TOTAL CORP G AND A MISC** | **0.00** |
| **TOTAL CORPORATE G AND A EXPENSES** | **0.00** |
| **DEPRECIATION AMORT AND INTEREST** | |
| **DEPRECIATION EXPENSE** | |
| Building Depreciation Exp | 0.00 |
| Tenant Impr Depreciation Exp | 0.00 |
| **TOTAL DEPRECIATION EXPENSE** | **0.00** |
| **AMORTIZATION EXPENSE** | |
| Loan Cost Amortization | 0.00 |
| **TOTAL AMORTIZATION EXPENSE** | **0.00** |
| **INTEREST EXPENSE** | |
| Capital One | 0.00 |
| **TOTAL INTEREST EXPENSE** | **0.00** |
| **TOTAL DEPRECIATION AMORT AND INTEREST** | **0.00** |
| **NET INCOME (LOSS)** | **-19,451.71** |



TRUIST

999-99-99-99 68082 0 C 001 30 S 66 002
3333 ALPHARETTA LIFEHOPE 10 ACRE
LAND LLC
OPERATING ACCT
11680 GREAT OAKS WAY STE 120
ALPHARETTA GA 30022-2458

# Your account statement

For 09/30/2022

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

■ BUSINESS VALUE 200 CHECKING [redacted]7811

**Account summary**

| | |
|---|---|
| Your previous balance as of 08/31/2022 | $520.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 09/30/2022 | = $520.00 |

**This is a reminder about the Withdrawal Limit Fee.** The Withdrawal Limit Fee of $5 for Truist savings accounts and $15 for Truist money market accounts is assessed per withdrawal over six with a maximum of six withdrawal limit fees per statement cycle. The Withdrawal Limit Fee applies, regardless of the balance, to all withdrawals and transfers made from a Truist personal savings and/or money market account including those made at a branch, ATM, by mail or through any electronic means.

Quick tips on avoiding the Withdrawal Limit Fee:

- Use Online or Mobile Banking to monitor the number of withdrawals/transfer made during your monthly statement cycle
- Link any automatic transfers or recurring transactions such as bill payments to your checking account
- Setting up Low Balance Alerts to avoid Overdraft Protection transfers to protected accounts which count toward the Withdrawal Limit Fee
- To avoid frequent withdrawals/transfers, try making one or two larger withdrawals/transfers from savings and money market accounts

For more information regarding your account see the Truist Personal Deposit Accounts Fee Schedule or Bank Services Agreement.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, MMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the F RST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC




TRUIST

999-99-99-99 68082 1 C 001 30 S 66 002
3333 ALPHARETTA LIFEHOPE 10 ACRE
LAND LLC
CONSTRUCTION DRAW ACCT
11680 GREAT OAKS WAY STE 120
ALPHARETTA GA 30022-2458

# Your account statement

For 09/30/2022

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

■ TRUIST DYNAMIC BUSINESS CHECKING 7829

### Account summary

| | |
|---|---|
| Your previous balance as of 08/31/2022 | $736.25 |
| Checks | - 3,130.00 |
| Other withdrawals, debits and service charges | - 77,913.35 |
| Deposits, credits and interest | + 89,828.85 |
| Your new balance as of 09/30/2022 | = $9,521.75 |

### Checks

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 09/09 | 723 | 3,130.00 |
| Total checks | | = $ 3,130.00 |

### Other withdrawals, debits and service charges

| DATE | DESCR PTION | AMOUNT($) |
|---|---|---|
| 09/08 | PC BOOK TRANSFER WIRE REF# 20220908-00012406 CDT ACCT: XXXXXXXXX6786 | 20,000.00 |
| 09/09 | INTERNET PAYMENT GeorNatGas GeorgiaNaturalGa 004789740-47956 | 164.36 |
| 09/09 | INTERNET PAYMENT Payment ATT 712027003MYW9J | 284.99 |
| 09/09 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20220909-00026055 | 5,000.00 |
| 09/09 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20220909-00026205 | 20,000.00 |
| 09/09 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20220909-00026749 | 25,000.00 |
| 09/13 | INTERNET PAYMENT GPC EBILL GPC 0003022115RSW | 5,000.00 |
| 09/15 | Return Deposit Item 9999 99000955 | 2,464.00 |
| Total other withdrawals, debits and service charges | | = $77,913.35 |

### Deposits, credits and interest

| DATE | DESCR PTION | AMOUNT($) |
|---|---|---|
| 09/02 | REMOTE DEPOSIT | 10,112.31 |
| 09/02 | REMOTE DEPOSIT | 18,944.24 |
| 09/08 | REMOTE DEPOSIT | 3,538.17 |
| 09/08 | REMOTE DEPOSIT | 18,903.99 |
| 09/08 | REMOTE DEPOSIT | 21,850.44 |
| 09/13 | REMOTE DEPOSIT | 2,464.00 |
| 09/13 | REMOTE DEPOSIT | 2,464.00 |
| 09/13 | TRUIST ONLINE TRANSFER MOBILE FROM ****1275 - | 5,000.00 |
| 09/21 | REMOTE DEPOSIT | 6,551.70 |
| Total deposits, credits and interest | | = $89,828.85 |

**This is a reminder about the Withdrawal Limit Fee.** The Withdrawal Limit Fee of $5 for Truist savings accounts and $15 for Truist money market accounts is assessed per withdrawal over six with a maximum of six withdrawal limit fees per statement cycle. The Withdrawal Limit Fee applies, regardless of the balance, to all withdrawals and transfers made from a Truist personal savings and/or money market account including those made at a branch, ATM, by mail or through any electronic means.

Quick tips on avoiding the Withdrawal Limit Fee:
- Use Online or Mobile Banking to monitor the number of withdrawals/transfer made during your monthly statement cycle
- Link any automatic transfers or recurring transactions such as bill payments to your checking account
- Setting up Low Balance Alerts to avoid Overdraft Protection transfers to protected accounts which count toward the Withdrawal Limit Fee
- To avoid frequent withdrawals/transfers, try making one or two larger withdrawals/transfers from savings and money market accounts

For more information regarding your account see the Truist Personal Deposit Accounts Fee Schedule or Bank Services Agreement.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, MMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the F RST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

Capital One Commercial Banking Group

MANAGE YOUR CASH

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

3333 ALPHARETTA LIFEHOPE 10 ACRE LAND LLC
11680 GREAT OAKS WAY STE 120
ALPHARETTA GA 30022-2458

Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY FOR PERIOD SEPTEMBER 01, 2022 - SEPTEMBER 30, 2022

**Commercial Analyzed Ckg [redacted]3155** — **3333 ALPHARETTA LIFEHOPE 10 ACRE LAND**

| | | | |
|---|---|---|---|
| Previous Balance 08/31/22 | $2,038.51 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,360.01 |
| 2 Checks/Debits | ($678.50) | Average Collected Balance | $1,622.30 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/22 | $1,360.01 | | |

## ACCOUNT DETAIL FOR PERIOD SEPTEMBER 01, 2022 - SEPTEMBER 30, 2022

**Commercial Analyzed Ckg [redacted]3155** — **3333 ALPHARETTA LIFEHOPE 10 ACRE LAND**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/01 | Check 479 | | $153.91 | $1,884.60 |
| 09/16 | Analysis service charge debit ANALYSIS CHRG | | $524.59 | $1,360.01 |
| **Total** | | $0.00 | $678.50 | |

**Commercial Analyzed Ckg [redacted]3155** — **3333 ALPHARETTA LIFEHOPE 10 ACRE LAND**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 479 | 09/01 | $153.91 | | | | | | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2022 Capital One. All rights reserved.




PAGE 2 OF 2

PSI: 0 / SHC: 0 / LOB :C

## Aging Detail

DB Caption: **LIVE** Richmond Honan 32996   Property: 2017   Status: Current, Past, Future   Age As Of: 09/30/2022   Post To: 09/2022

| Property | Lease | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|
| **3333 Alpharetta Lifehope 10 Acre Land LLC (2017)** | | | | | | | | |
| | Aient Management Company, LLC | 299,026.00 | 25,101.24 | 25,101.24 | 0.00 | 248,823.52 | 0.00 | 299,026.00 |
| | Pain & Spine Physicians Surgery Center, LLC | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | Pain Physicians of Atlanta | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | The Center for Advanced Medicine, LLC | 18,399.84 | 18,091.09 | 308.75 | 0.00 | 0.00 | 0.00 | 18,399.84 |
| | The Graivier Center P.C. | 28,499.54 | 10,112.31 | 9,619.01 | 0.00 | 8,768.22 | 0.00 | 28,499.54 |
| | The Graivier Center P.C. | 3,769.68 | 321.95 | 321.95 | 0.00 | 3,125.78 | 0.00 | 3,769.68 |
| | The Graivier Center P.C. | 36,120.63 | 18,622.29 | 17,498.34 | 0.00 | 0.00 | 0.00 | 36,120.63 |
| **Grand Total** | | **386,115.69** | **72,548.88** | **52,849.29** | **0.00** | **260,717.52** | **0.00** | **386,115.69** |

# Payables Aging Report

.2017

Period: 09/2022

As of : 09/30/2022

| Payee Name | Payee Address | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|
| Dogwood Facilities Services LLC | 1216 Weeping Willow, Woodstock, GA, 30118-4650 | 1,565.00 | 1,565.00 | 0.00 | 0.00 | 0.00 | |
| Superior Water Services Inc | 1236 Channel Park, Marietta, GA, 30065 | 176.54 | 176.54 | 0.00 | 0.00 | 0.00 | |
| Georgia Power | | 17,710.17 | 17,710.17 | 0.00 | 0.00 | 0.00 | |
| **TOTAL** | | **19,451.71** | **19,451.71** | **0.00** | **0.00** | **0.00** | |