**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 22-57594-LRC** |
| **3333 ALPHARETTA LIFEHOPE 10 ACRE LAND, LLC,** | **CHAPTER 11** |
| **Debtor.** | |

**NOTICE OF ASSIGNMENT OF HEARING**

**PLEASE TAKE NOTICE** that on December 22, 2022, the above-referenced Debtor filed a "DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION" (the "**Disclosure Statement**") for Debtor's proposed Plan of Reorganization, which the Debtor filed on December 22, 2022.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Disclosure Statement [Docket No. 76] is available for review during normal business hours in the Office of the Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, or online at http://ecf.ganb.uscourts.gov (registered users) and at http://pacer.psc.uscourts.gov (unregistered users). Alternatively, a copy of the Disclosure Statement may also be obtained by contacting and requesting a copy from Elizabeth Childers at the office of Debtor's counsel, Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, (404) 584-1238, echilders@rlkglaw.com.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Disclosure Statement at the following number: **toll-free number: 833-568-8864; meeting id: 161 346 1602**, at **10:15 A.M.** on **February 16, 2023** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written

response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: January 4, 2023

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth A. Childers*

William A. Rountree, Ga, Bar No. 616503

Will Geer, Ga Bar No. 940493

Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
wgeer@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*