WILLIAM A. ROUNTREE, ESQ.
404-584-1238
wrountree@rlkglaw.com



ROUNTREE
LEITMAN KLEIN & GEER
————————————— LLC

Attorneys at Law
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

February 16, 2023

*Via Email: lrcchambers@ganb.uscourts.gov*
Courtroom Deputy Clerk
The Honorable Lisa Ritchey-Craig
United States Bankruptcy Court
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
FEB 16 2023
M. Regina Thomas, Clerk
By: _____ Deputy Clerk

RECEIVED
FEB 16 2023
Lisa Ritchey Craig
United States Bankruptcy Judge

RE:     1:22-bk-57594 - 3333 Alpharetta Lifehope 10 Acre Land, LLC

Dear Judge Ritchey Craig:

Pursuant to Bankruptcy Local Rule 9010-5(e), I submit this request for leave from the practice of law in the above referenced matter for a period of less than 21 days during the following dates:

**April 3, 2023 through April 7, 2023**

I will be out of the office on vacation. I am not aware of any scheduled hearing during the period of time for which leave is sought, and I understand that the requested leave will be granted when docketed.

Please have your office contact me with any questions.

Sincerely,

ROUNTREE LEITMAN KLEIN & GEER, LLC

*/s/ William A Rountree*
William A. Rountree