**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 22-57594-LRC** |
| **3333 Alpharetta Lifehope 10 Acre Land, LLC,** | **CHAPTER 11** |
| **Debtor.** | |

# EX PARTE MOTION TO SHORTEN NOTICE PERIOD AND FOR EXPEDITED HEARING

COMES NOW 3333 Alpharetta Lifehope 10 Acre Land, LLC (the "**Debtor**") by and through undersigned counsel, and files this *Ex Parte Motion to Shorten Notice Period and for Expedited Hearing* ("**Motion**"), pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, requesting that this Court shorten the notice period for hearing on confirmation of Debtor's Chapter 11 Plan of Reorganization currently scheduled for March 17, 2023 and March 20, 2023 before the Honorable Lisa Ritchey Craig in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, Atlanta, Georgia 30303 (the "**Confirmation Hearing**"). In support of this Motion, Trustee respectfully shows the Court as follows:

1. On September 23, 2022 (the "**Petition Date**"), the Debtor filed its voluntary petition (the "**Petition**") under Chapter 11 of the Bankruptcy Code, thereby initiating this Bankruptcy Case [Dkt. 1].

2. The Debtor is the owner of certain interests in real property and improvements comprising an office building located at 3333 Old Milton Parkway, Alpharetta, Fulton County, Georgia (the "**Property**").

3. Pursuant to a Ground Lease Agreement dated as of August 31, 2017 (as amended, the "**Ground Lease**") between the Ground Lessor as landlord and the Debtor as tenant, the Debtor is the ground lessee of the real property underlying the Debtor's office building.

4. On or about August 30, 2019, the Debtor, as borrower, and Capital One, as administrative agent, collateral agent, and a lender, entered into a Loan Agreement dated as of August 30, 2019 (as amended, the "**Loan Agreement**"). Pursuant to the Loan Agreement and related loan and security documents, Capital One asserts a claim in excess of $31 million allegedly secured by liens and security interests in substantially all assets of the Debtor, including, without limitation, the Debtor's interests in the Property (collectively, the "Capital One Collateral").

5. On December 22, 2022, the Debtor filed its proposed Chapter 11 Plan (the "**Plan**") and Disclosure Statement (the "**Disclosure Statement**"). In the Plan, the Debtor proposes to sell its interests in the Property (including, without limitation, its interests under the Ground Lease) to a special purpose entity called 3333 Physicians Center MOB 1 SPE, LLC (the "**Buyer**") for a cash purchase price of $39.5 million in accordance with the terms and conditions of the Purchase and Sale Agreement dated December 16, 2022 (the "**PSA**") attached to the Disclosure Statement as Exhibit B.

6. On February 14, 2023, Capital One, National Association filed its objection with respect to approval of the Disclosure Statement [Dkt. 102] (the "**Capital One Objection**").

7. On February 15, 2023, 3333 Old Milton Alpharetta LLC (the "**Ground Lessor**") filed a Joinder in the Capital One Objection [Dkt. 103].

8. On February 16, 2023, this matter came before the Court for a hearing (the "**Hearing**") regarding approval of the Disclosure Statement.

9. On February 17, 2023, the Court entered its order approving debtor's disclosure statement, and establishing deadlines and procedures relating to plan confirmation hearing [Dkt. 105] (the "**Order and Notice**").

10. As directed by the Court in the Order and Notice [Dkt. 105; Pg. 7] and evidenced by the Certificate of Mailing by BNC of Order Approving Disclosure Statement [Dkt.107], on or about February 17, 2023, the Clerk caused the Order and Notice to be served on all parties on the Debtor's creditor matrix.

11. On February 23, 2023, Debtor filed its Amended Chapter 11 Plan of Reorganization [Dkt. 114] (the "**Amended Plan**") and Amended Disclosure Statement for Amended Chapter 11 Plan of Reorganization [Dkt. 115] (the "**Amended Disclosure Statement**").

12. The Order and Notice required Debtor's counsel to serve the Amended Plan and Amended Disclosure Statement by February 24, 2023 by U.S. mail. Due to a miscommunication in Debtor's counsel's office, the documents were inadvertently not served by mail on February 24.

13. As evidenced by the Certificate of Service attached hereto as Exhibit A, on March 1, 2023, Debtor served all parties on its creditor matrix with copies of the Plan, Disclosure Statement, Order and Notice, Amended Plan and Amended Disclosure Statement. As set forth in Paragraph 9, all creditors and parties in interest received notice of the deadlines and procedures relating to confirmation of the Plan on or about February 17, 2023. Additionally, all parties registered with the Court's CM/ECF system received notice of the Plan, Disclosure Statement, Order and Notice, Amended Plan and Amended Disclosure Statement on the date those pleadings were filed or entered on the docket in this case.

14. To promote judicial economy and efficiency in this adversary proceeding, the Debtor requests that the Court shorten the time for hearing on confirmation of Debtor's Plan to the currently scheduled hearing dates of March 17, 2023 and March 20, 2023.

WHEREFORE, the Debtor requests that the Court enter an order shortening the time for hearing on confirmation of Debtor's Plan currently scheduled for March 17, 2023 and March 20, 2023 before the Honorable Lisa Ritchey Craig in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, Atlanta, Georgia 30303, and grant such other and further relief as is just and proper.

Dated: March 1, 2023

ROUNTREE LEITMAN KLEIN & GEER, LLC

*/s/ Elizabeth Childers*
William A. Rountree, Ga. Bar No. 616503
Will Geer, Ga. Bar No. 940493
Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklglaw.com
wgeer@rlklglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*

# EXHIBIT "A" FOLLOWS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>3333 ALPHARETTA LIFEHOPE 10 ACRE LAND, LLC | CASE NO: 22-57594-LRC<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 75 |

On 3/1/2023, I did cause a copy of the following documents, described below,

Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC ECF Docket Reference No. 75

Disclosure Statement for Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC 76

Order (I) Approving Debtor's Disclosure Statement; (II) Establishing Deadlines and Procedures Relating to Plan Confirmation Hearing; and (III) Addressing Related Matters 105

Amended Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC 114

Amended Disclosure Statement for Amended Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC 115

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/1/2023

/s/ Elizabeth A. Childers
Elizabeth A. Childers  143546
Attorney for Debtor
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329
404 584 1238
emiller@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>3333 ALPHARETTA LIFEHOPE 10 ACRE LAND, LLC | CASE NO: 22-57594-LRC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 75 |

On 3/1/2023, a copy of the following documents, described below,

Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC ECF Docket Reference No. 75

Disclosure Statement for Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC 76

Order (I) Approving Debtor's Disclosure Statement; (II) Establishing Deadlines and Procedures Relating to Plan Confirmation Hearing; and (III) Addressing Related Matters 105

Amended Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC 114

Amended Disclosure Statement for Amended Plan of Reorganization Proposed by 3333 Alpharetta Lifehope 10 Acre Land, LLC 115

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/1/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Elizabeth A. Childers
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class Mail Service.

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-57594-LRC<br>NORTHERN DISTRICT OF GEORGIA<br>WED MAR 1 10-34-3 PST 2023 | 3333 ALPHARETTA LIFEHOPE 10 ACRE LAND LLC<br>11680 GREAT OAKS WAY<br>SUITE 120<br>ALPHARETTA  GA 30022-2458 | ~~(U)3333 OLD MILTON ALPHARETTA LLC~~ |
| 3333 OLD MILTON ALPHARETTA LLC<br>1114 AVENUE OF THE AMERICAS<br>39TH FLOOR<br>NEW YORK  NY 10036-7702 | A AND S LOCK AND SAFE<br>CO SUZETTE L DAVIS<br>440-A CANTON ROAD<br>CANTON  GA 30114 | JONATHAN S ADAMS<br>OFFICE OF THE UNITED STATES TRUSTEE<br>362 RICHARD B RUSSELL FEDERAL BUILDING<br>75 TED TURNER DRIVE  SW<br>ATLANTA  GA 30303-3315 |
| BRIGHTSIDE IT SOLUTIONS<br>2410 SATELLITE BLVD SUITE F<br>BUFORD  GA 30518-5208 | BRUCKER HVAC  LLC<br>5247 LOCKWOOD LANE<br>CO CARL R BRUCKER<br>POWDER SPRINGS  GA 30127-4915 | CAPITAL ONE  NA<br>CO CORPORATION SERVICE COMPANY<br>100 SHOCKOE SLIP FL 2<br>RICHMOND  VA 23219-4100 |
| CAPITAL ONE  NA<br>CO JOHN A HARRIS<br>QUARLES  BRADY LLP<br>2 N CENTRAL AVENUE<br>PHOENIX  AZ 85004-2322 | ~~EXCLUDE~~<br>~~(U)CAPITAL ONE  NATIONAL ASSOCIATION~~ | JOHN T CARROLL III<br>COZEN OCONNOR<br>SUITE 1001<br>1201 N MARKET STREET<br>WILMINGTON  DE 19801-1166 |
| ~~EXCLUDE~~<br>~~(U)CHIEF ELECTRIC  LLC~~ | CHIEF ELECTRIC  LLC<br>FORTSON  BENTLEY AND GRIFFIN  PA<br>2500 DANIELLS BRIDGE ROAD<br>BUILDING 200 SUITE 3A<br>ATHENS  GA 30606-6178 | ~~EXCLUDE~~<br>~~(U)CHIEF FIRE PROTECTION COMPANY~~ |
| CHIEF FIRE PROTECTION COMPANY  INC<br>FORTSON  BENTLEY AND GRIFFIN  PA<br>2500 DANIELLS BRIDGE ROAD<br>BUILDING 200 SUITE 3A<br>ATHENS  GA 30606-6178 | ~~EXCLUDE~~<br>~~ELIZABETH ANN CHILDERS~~<br>~~ROUNTREE LEITMAN KLEIN  GEER  LLC~~<br>~~CENTURY PLAZA I  SUITE 350~~<br>~~2987 CLAIRMONT RD~~<br>~~ATLANTA  GA 30329-4406~~ | JOHN A CHRISTY<br>SCHREEDER  WHEELER  FLINT  LLP<br>1100 PEACHTREE STREET<br>SUITE 800<br>ATLANTA  GA 30309-4516 |
| SARAH ROSE DALEY<br>SWIFT  CURRIE  MCGHEE  HIERS  LLP<br>STE 800<br>1420 PEACHTREE ST  NE<br>ATLANTA  GA 30309-3052 | NATHANIEL DELOATCH<br>EVERSHEDS SUTHERLAND US LLP<br>SUITE 2300<br>999 PEACHTREE ST NE<br>ATLANTA  GA 30309-4416 | (P)U S  DEPARTMENT OF JUSTICE  TAX DIVISION<br>CIVL TRIAL SECTION SOUTHERN REGION<br>P O BOX 14198<br>WASHINGTON DC 20044-4198 |
| DOGWOOD FACILITIES SERVICES LLC<br>CO SCOTT TRAYWICK<br>1216 WEEPING WILLOW<br>WOODSTOCK  GA 30188-4650 | DORMAKABA USA  INC<br>CO CORPORATION SERVICE COMPANY<br>2 SUN COURT  SUITE 400<br>NORCROSS  GA 30092-2865 | DAVID R DOYLE<br>COZEN OCONNOR<br>123 NORTH WACKER DRIVE<br>SUITE 1800<br>CHICAGO  IL 60606-1770 |
| EASTERN WATERPROOFING AND COATING  LLC<br>CO HAYS  POTTER  LLP<br>3945 HOLCOMB BRIDGE RD STE 300<br>PEACHTREE CORNERS  GA 30092-5200 | ECOLAB  INC<br>CO CT CORPORATION SYSTEM<br>289 S CULVER ST<br>LAWRENCEVILLE  GA 30046-4805 | EXMOOR LLC<br>CO MICHAEL NATION<br>184 RICHAVEN PLACE<br>DALLAS  GA 30132-1727 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class Mail Service.

~~EXCLUDE~~

FIRST LINK LLC
CO FRANK CHO
1490 BELMONT HILLS DR
SUWANEE GA 30024-2008

~~WILL B GEER
ROUNTREE LEITMAN KLEIN GEER LLC
CENTURY PLAZA I
2987 CLAIRMONT ROAD SUITE 350
ATLANTA GA 30329-4435~~

(P)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

GEORGIA POWER COMPANY
CO THOMAS R WALKER
FISHERBROYLES LLP
945 EAST PACES FERRY ROAD NE
SUITE 2000
ATLANTA GA 30326-1374

GEORGIA POWER COMPANY
CO THOMAS R WALKER
FISHERBROYLES LLP
945 EAST PACES FERRY RD NE SUITE 20
ATLANTA GA 30326-1160

JOHN A HARRIS
QUARLES BRADY LLP
RENAISSANCE ONE SUITE 600
TWO NORTH CENTRAL AVENUE
PHOENIX AZ 85004-2322

ROBERT P HARRIS
QUARLES BRADY LLP
RENAISSANCE ONE SUITE 600
TWO NORTH CENTRAL AVENUE
PHOENIX AZ 85004-2322

HONAN PROPERTY MANAGEMENT
11680 GREAT OAKS WAY
SUITE 120
ALPHARETTA GA 30022-2458

INTEGRA REALTY RESOURCES
CO MATTHEW ALBIGESE
5256 PEACHTREE RD SUITE 115
ATLANTA GA 30341-2789

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
401 W PEACHTREE STREET NW STOP 334D
ATLANTA GA 30308

INTERNAL REVENUE SERVICE
CIO
PO BOX 7346
PHILADELPHIA PA 19101-7346

WALTER E JONES
BALCH BINGHAM LLP
SUITE 700
30 IVAN ALLEN JR BLVD NW
ATLANTA GA 30308-3036

LANIER EXTERMINATION SERVICE INC
CO GARY HICKMAN
5905 STEEPLECHASE BLVD STE 800
CUMMING GA 30040-8978

LIPSCOMB PITTS INSURANCE
CO CORPORATION SERVICE COMPANY
2 SUN COURT SUITE 400
NORCROSS GA 30092-2865

~~EXCLUDE
(U)LIPSCOMB PITTS INSURANCE LLC~~

JIMMY C LUKE II
MARTIN BAGWELL LUKE PC
SUITE 1225
400 NORTHRIDGE ROAD
ATLANTA GA 30350-3357

LYNNE KLEIN
110 VIEWPOINT DR E
BOERNE TX 78006-8964

ROY E MANOLL III
FORTSON BENTLEY GRIFFIN PA
BUILDING 200 - SUITE 3A
2500 DANIELLS BRIDGE RD
ATHENS GA 30606-6178

MCCAIN POWER SOLUTIONS LLC
CO UNITED STATES CORPORATION AGENTS IN
1420 SOUTHLAKE PLAZA DR
MORROW GA 30260-1756

ALYCEN A MOSS
COZEN OCONNOR
THE PROMENADE SUITE 400
1230 PEACHTREE STREET NE
ATLANTA GA 30309-3574

~~EXCLUDE
(U)ORBVEST OLD MILTON MEDICAL 25
BUILDINGS LLC~~

ORBVEST OLD MILTON MEDICAL 25 BUILDINGS
LLC
CO JOHN A CHRISTY
SCHREEDER WHEELER FLINT LLP
1100 PEACHTREE STREET
SUITE 800
ATLANTA GEORGIA 30309-4516

~~EXCLUDE
(U)ORBVEST US INC~~

PEPPERS BACKFLOW SERVICES
2944 SEAGULL DRIVE
DULUTH GA 30096-3990

PHOENIX ELEVATOR SERVICE INC OF GA
CO LEANNE D DAYVOLT
1540 WESTFORK DRIVE SUITE 103
LITHIA SPRINGS GA 30122-1595

~~EXCLUDE
WILLIAM A ROUNTREE
ROUNTREE LEITMAN KLEIN GEER LLC
CENTURY PLAZA I SUITE 350
2987 CLAIRMONT ROAD
ATLANTA GA 30329-4406~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class US Mail Service.

| | | |
|---|---|---|
| SAFEHOLD INC<br>CO CORPORATION SERVICE COMPANY<br>2 SUN COURT  SUITE 400<br>NORCROSS  GA 30092-2865 | SECRETARY OF THE TREASURY<br>15TH  PENNSYLVANIA AVENUE  NW<br>WASHINGTON  DC 20200 | SERLYN PROPERTIES II  LLC<br>CO CHRISTOPHER LYNCH<br>9 APPLEBY FARM ROAD<br>BROOKFIELD  CT 06804-1147 |
| SERLYN PROPERTIES II  LLC<br>EVERSHEDS SUTHERLAND US LLP<br>ATTN DAVID A WENDER<br>999 PEACHTREE ST NE  SUITE 2300<br>ATLANTA  GA 30309-4416 | SERVALL PLUMBING  ROOTER SERVICES<br>4400 PECAN LN SE<br>ACWORTH  GA 30102-3062 | PATRICK SILLOWAY<br>BALCH  BINGHAM LLP<br>SUITE 700<br>30 IVAN ALLEN JR BLVD  NW<br>ATLANTA  GA 30308-3036 |
| SOUTHERN INSPECTION GROUP INC<br>CO JOHN GILLESPIE<br>2210 ATHENS HWY<br>ELBERTON  GA 30635-4423 | SUPERIOR WATER SERVICES INC<br>CO ROBERT J GSEGNER<br>1236 CHANNEL PARK<br>MARIETTA  GA 30064-5800 | TEFFTNET  INC  IMPAK<br>9575 KATY FREEWAY  SUITE 360<br>HOUSTON  TX 77024-1462 |
| U S SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>SUITE 900<br>950 EAST PACES FERRY ROAD  NE<br>ATLANTA  GA 30326-1382 | UNITED FIRE PROTECTION  INC<br>CO NATIONAL REGISTERED AGENTS  INC<br>289 S CULVER STREET<br>LAWRENCEVILLE  GA 30046-4805 | UNITED STATES ATTORNEY<br>600 RUSSELL B RUSSELL BUILDING<br>75 TED TURNER DRIVE  SW<br>ATLANTA  GA 30303-3315 |
| UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DRIVE SW  SUITE 600<br>ATLANTA GA 30303-3309 | UNITED STATES ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE  NW<br>WASHINGTON  DC 20530-0009 | UNITED STATES TRUSTEE<br>362 RICHARD RUSSELL FEDERAL BUILDING<br>75 TED TURNER DRIVE  SW<br>ATLANTA  GA 30303-3315 |
| THOMAS R WALKER<br>FISHERBROYLES  LLP<br>SUITE 2000<br>945 EAST PACES FERRY RD  NW<br>ATLANTA  GA 30326 | M JERMAINE WATSON<br>CANTEY HANGER LLP<br>600 WEST 6TH STREET  SUITE 300<br>FORT WORTH  TX 76102-6898 | DAVID WENDER<br>EVERSHEDS SUTHERLAND US LLP<br>SUITE 2300<br>999 PEACHTREE ST  NE<br>ATLANTA  GA 30309-3996 |
| CALVIN P YAEGER<br>SWIFT CURRIE MCGHEE  HIERS<br>SUITE 800<br>1420 PEACHTREE STREET NE<br>ATLANTA  GA 30309-3052 | | |